**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                      Case No. 3:21-mj-1266-JBT

**JEFFREY REGISTER**                              Defense Atty.: Susan Good Yazgi, Esquire
                                                                       AUSA: Laura Cofer Taylor

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 4/27/2021<br>2:44 p.m. – 3:20 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION: | Kimberly Barrett |

CLERK'S MINUTES

**PROCEEDINGS:**          **INITIAL APPEARANCE - RULE 5(c)(3)**

Defendant arrested on an arrest warrant out of the District of Columbia on a Complaint.

Defendant requested court appointed counsel.   Defendant placed under oath and questioned regarding her financial affidavit. The Court finds Defendant unable to afford counsel and appoints the Federal Public Defender.   **Order to enter.**

Defendant advised of the charges, penalties, special assessment and forfeiture provision.

Defense counsel advises the Court that Defendant waives his right to an identity hearing.

Defendant questioned regarding his right to an identity hearing.

The Court finds Defendant knowingly, intelligently, voluntarily and freely waived his right to an identity hearing in Jacksonville.

Government's oral motion for bond is **GRANTED.**

Unsecured Appearance Bond set in the amount of $25,000.00 with no deposit required to the Registry of the Court.

Defendant shall appear before the Honorable G. Michael Harvey, U.S. Magistrate Judge, on April 30, 2021 at 1:00 p.m., via Zoom videoconference.

[Continued to Page 2]

Page 2
USA v. Jeffrey Register
3:21-mj-1266-JBT

**Order Setting Conditions of Release to enter.**

**Removal Order to enter.**

**Filed in Open Court:**
    **CJA 23 Financial Affidavit**
    **Waiver of Rule 5(c)(3) Hearings**