UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO:   3:21-mj-1266-JBT

JEFFREY REGISTER

### ORDER

The Defendant appeared before this Court pursuant to Rule 5(c)(3), Fed.R.Crim.P., having been arrested on a warrant issued by the District of Columbia. The Defendant was advised of the charges, rights, maximum penalties and of his right to counsel.

The Defendant appeared with counsel and freely, voluntarily, knowingly and intelligently waived his right to an identity hearing.  Accordingly, it is hereby **ORDERED**:

1. The Defendant, having been released on conditions, is directed to appear before the Honorable G. Michael Harvey, United States Magistrate Judge, on April 30, 2021 at 1:00 p.m., via Zoom videoconference.

2. The Clerk of Court shall transmit to the District of Columbia any appropriate documentation from the file and then close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of April, 2021.

*/s/ Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Taylor)
Federal Public Defender
U. S. Marshals Service
U. S. Pretrial Services
Defendant